IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FREDERICK WEATHERSPOON,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:04-CV-1644-BF (H) |
| | § | ECF (Pro Se) |
| **DALLAS COUNTY MEDICAL** | § | |
| **DEPARTMENT, et al.,** | § | |
| Defendants. | § | |

**MEMORANDUM OPINION AND ORDER**

This is a consent case before the United States Magistrate Judge. Defendants Jim Bowles ("Bowles"), Lupe Valdez ("Valdez"), and Dallas County, Texas ("the County"), referred to collectively as "the Dallas County Defendants," filed a motion for summary judgment on March 9, 2006. Plaintiff Frederick Weatherspoon ("Plaintiff") failed to file a timely response to the summary judgment motion. On March 30, 2006, Plaintiff filed a "Motion to Postpone the Defendant's Summary Judgment." Plaintiff claims that he needs more discovery regarding the qualified immunity issue. The Court finds that Plaintiff has failed to show any specific facts that are discoverable even if the Court granted a Rule 56(f) extension. Accordingly, the Motion to Postpone is DENIED. Plaintiff is hereby granted until April 11, 2006 to file any response to the summary judgment motion, and no further extensions will be granted.

Signed, April 3, 2006.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE